

Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

February 12, 2021

*Via ECF*

Honorable Michael A. Hammer, U.S.M.J.
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room MLK 2C
Newark, New Jersey 07102

**Re:** Chang v. Frontline Asset Strategies, LLC, et al.
Case No.: 2:18-cv-02388-MAH **(Consol. Case: Sandoval v. Absolute Resolutions Investments, LLC, et al., No. 2:18-cv-10904- SCM)**

Dear Judge Hammer:

This firm represents Plaintiffs in the above-referenced matter. Pursuant to the Court's Order of February 5, 2021 (ECF No. 54), the parties submit this joint status report of the parties' efforts to resolve their disputes concerning confirmatory discovery as to Defendants' net worth.

The parties are continuing their efforts to resolve the net worth confirmatory discovery dispute. On February 11, 2021, Defendants have provided a declaration regarding Absolute Resolutions Investments, LLC's and Razor Capital II, LLC's net worth. Plaintiffs are currently reviewing this declaration and will continue to meet and confer.

The parties are thankful for the Court's consideration of this matter.

                                                                                                     Respectfully submitted,

                                                                                                   *Yongmoon Kim*
                                                                                                   Yongmoon Kim
                                                                                                   KIM LAW FIRM LLC

YK/jy
cc:      All Counsel of Record (*via ECF*)